CONSTANTINO FLORES
Bankruptcy Trustee
P.O. BOX 511
PHOENIX, AZ  85001-0511
(602) 274-4200

UST-32, 3-03

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| LUND, JEFFREY A | ) | CASE NO. 07-02824-PHX-SSC |
| | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

CONSTANTINO FLORES, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 3003 | 7/9/2009 | Pablo A. Prichard, M.D.<br>9327 North 3rd Street, Suite 200<br>Phoenix AZ 85020 | $1,693.58 |

*April 29, 2010*                                   */s/ Constantino Flores*
      DATE                                          Constantino Flores, Trustee